No. 331, Misc. MANCHESTER v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 339, Misc. REBETTER v. CROUCH ET AL. Appellate Department of the Superior Court of California, County of Los Angeles. Certiorari denied.

No. 344, Misc. HAMILTON v. KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 350, Misc. AHLET v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 361, Misc. FINK v. NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 365, Misc. CAWLEY v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 367, Misc. MCAULIFFE v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 375, Misc. HARP v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 385, Misc. WILLIAMS v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 391, Misc. WEBSTER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 449, Misc. MATERA v. NEW YORK. Court of Appeals of New York. Certiorari denied.